**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Taurus Kenyata GILBERT, Appellant**

**No. 48 MAP 2016**

Supreme Court of Pennsylvania.

SUBMITTED: December 6, 2016
FILED: August 22, 2017

Craig William Stedman, Esq., Susan E. Moyer, Esq., Lancaster County District Attorney's Office, for Appellee.

Erin Kathleen Komada, Esq., Marc Anthony Scaringi, Esq., Scaringi & Scaringi, PC, for Appellant.

William Joseph Conyngham, Esq., Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., for Collateral Consequences Resource Center, Amicus Curiae.

Philip Gelso, Esq., for PA Association of Criminal Defense Lawyers, Amicus Curiae.

Jason A. Leckerman, Esq., Ballard Spahr LLP, for Assoc. for the Treatment of Sexual Abusers, Assessment & Treatment Alternatives, Joseph Peters Inst., Amicus Curiae.

Aaron Joshua Marcus, Esq., Defender Association of Philadelphia, for Defender Association of Philadelphia, Amicus Curiae

John Jacob Hare, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C. for Social Science Scholars, Appellant Amicus Curiae.

Kevin Francis McCarthy, Esq., Allegheny County District Attorney's Office, for Pennsylvania District Attorney's Association, Appellee Amicus Curiae.

### ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the decision of the Superior Court is REVERSED. *See Commonwealth v. Mun-*

*iz;* —— Pa. ——, 164 A.3d 1189, 2017 WL 3173066 (2017).

. The "Application to Amend Caption *Nunc Pro Tunc*" is DENIED.

Chief Justice Saylor files a concurring statement.

Justice Mundy did not participate in the consideration or decision of this case.

Chief Justice Saylor, concurring

Although I dissented in the controlling case, *Commonwealth v. Muniz*, —— Pa. ——, ——, 164 A.3d 1189, 1228, 2017 WL 3173066 (2017) (Opinion Announcing the Judgment of the Court), I recognize that there was a majority consensus in that decision to the effect that SORNA exacts punishment and retroactive application of the enactment violates constitutional norms. Accordingly, while I have expressed my disagreement with these propositions, *see id.* at ——, 164 A.3d at 1232–39, 2017 WL 3173066, at *34–39 (Saylor, C.J., dissenting), I join the present *per curiam* order based on the prevailing precedent.